FILED
*August 31, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

WILLIE LEE OCKLETREE,
#1906981
ALLRED UNIT/TDCJ-CID
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367
AUGUST 13, 2015

HONORABLE JUSTICES PURYEAR,
PEMBERTON, and FIELD
COURT OF APPEALS FOR THE
THIRD DISTRICT OF TEXAS
P. O. BOX 12547
AUSTIN, TEXAS 78711-2547

RECEIVED
AUG 3 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

In Re: WILLIELEE OCKLETREE -v- THE STATE OF TEXAS
COURT OF APPEALS No. 03-14-00046-CR
(TRIAL COURT No. 71320 )
APPELLANT'S LETTER FORM PLEADING, TO WIT:
MOTION TO SUSPEND RULES and MOTION FOR RE-
HEARING

Dear Honorable Justices Puryear, Pemberton, and Field:

COMES NOW, WILLIE LEE OCKLETREE, #1906981, an offender, who is confined in TDCJ-CID at the Allred Unit, 2101 F. M. 369 N., Iowa Park, Texas 76367, who is the Appellant in the above styled and numbered cause of action and makes and files this APPELLANT'S LETTER FORM PLEADING, TO WIT: MOTION TO SUSPEND RULES an MOTION FOR RE-HEARING which the Appellant does declare, state, confirm, verify, acknowledge, and plead in support hereof as follows under the penalty of perjury of the laws of the United States and The State of Texas in accordance with and pursuant to 28 U. S. C. sec. 1746 and Tex. Civ. Prac. & Rem. Code, Sections 132.001-132.003:

I.
JURISDICTION

The Appellant contends that this Honorable Court of Appeals For The Third District Of Texas has jurisdiction and authority in accordance and pursuant to The Texas Constitution, Article V, Section 6 and the relevant applicable portion of the Texas Government Code.

## II.
## MOTION TO SUSPEND RULES

COMES NOW, WILLIE LEE OCKLETREE, #1906981, the Appellant/Movant, who does make and file this "pro se" pleading pursuant to the provisions of Texas Rules of Appellate Procedure, Rule 2 authorizing this Honorable Court of Appeals for the Third Suspreme District of Texas to suspend any of the Texas Rules of APPELLATE PROCEDURE on its own initiative and/or upon moving of a party, whi h the Appellate/Movant does move this Honorable Court to suspend any and all formal requirements for pleadings form that would otherwise not allow this "pro se" litigator to pro ceed by and through th s forego ng and instant LETTER FORM PLEADING.

The Appellant/Movant does further invoke and plead the Honorable Court of Appeal's jurisdi tion and author ty to comform and comply with the ruling and de is on of the United States Supreme Court in the case of Haines -v- Kerner, 404 U.S. 519 (1972). For as a litigator is has and is proceeding in this LETTER FORM PLEADING without the advise and ass stance of one has been formally schooled and trained in the "art" and "science" pf the field of law. For the instant and foregoing LETTER FORM PLEADING is made and filed in good faith for the Appellant/Movant is of opinion and belief that the relevant and applicable law entitles the Appellate/Movant to the rel ef as sought by and throgh this MOTION FOR SUSPENS ON OF RULES and the LETTER FORM PLEADING IN ITS ENTIRITY.

WHEREFORE, PREMISES CONSIDERED, the Appellate/Movant PRAYS that this HONORABLE COURT OF APPEALS does grant the supension of the rules pursuant to Texas Rules Of Appellate Procedure, Rule 2.

AND FURTHER, that this Honorable Texas Court Of Appeals does grant any and all other remedy and relief as authorized by law and equity that the Appellate/Movant may be entitled to under this pleading.

## III.
## APPELLANT'S MOTION FOR REHEARING

COMES NOW, WILLIE LEE OCKLETREE, #1906981, the Appellant in the instant and forego ng styled and numbered cause of action of which he does make and f le the instant and foregoing APPELLANT'S MOT ON FOR REHEARING on this Honorable COURT OF APPEALS FOR THE THIRD SUPREME

DISTRICT OF TEXAS sitting at Austin, Texas that made and entered its ruling, opinion, and judgement of August 6, 2016 affirming the judgement and sentence of the 426th Judicial District Court in the appeal of Willie Lee Ockletree -v- The State of Texas, Appeal Court No. 03-14-00046- CR ( TRIAL Court No. 71320, 426th DISTRICT COURT OF BELL COUNTY, TEXAS). For the Appellant invokes and pleads the instant and foregoing pleading in accordance with and pursuant to the provision of Texas Rules Of Appellate Procedure, RULE 48 et seq. and does state, declare, confirm, acknowledge, verify, and plead in support hereof as follows:

A.

The Appellant does by and through this foregoing pleading makes and enters his objection to the HONORABLE Court of Appeals ruling and opinion as made and entered on August 6, 2015 for being an abuse of discretion and malfeasance where those sworn to uphold and enforce "THE LAW OF THE LAND" and determined by the United States Supreme Court in accordance with and pursuant to UNITED STATES CONSTITUTION, ARTICLE VI, CLAUSE 2 and The Texas Constitution, ARTICLE I, Section 1 expressly mandating that "Judges in every State shall be bound thereby...." For it is equally of mandate that those whom are officers of the Court are sworn by their oaths to likewise uphold and enforce the "LAW OF THE LAND" as their duty and obligations as an officer of the Court. For the Honorable Court Of Appeals ruling and opinion is objected and otherwise excepted to as being violative of both the provisions of the Federal and State Constutions as set forth and cited where the express and implied ruling and mandate of Anders -v- California, 386 U.S. 738, 744-45 (1967); Penson -v- Ohio, 488 U.S. 75, 80-82 (1988); and Garner -v- State, 300 Sw 3d 763, 766 (Tex. Crim. App. 2009) was not and has not been met by Appellant's counsel on appeal. For the perfunctory and cursory review of the records on appeal by both the attorney on appeal and this Honorable Court prompts this moving for rhearing where significant substantive and structural error is present in the records on appeal to warrant reversal and remand for new trial.

B.

Appellant sets forth and maintains his reasons for rehearing are as follows:

a. REASON FOR REHEARING NUMBER ONE

Appellant contends and complains that the Honorable Court of Appeals has errored an abused its discretion where the Court's jurisdition to hear and determine the issues is and has been challenged where the appointed counsel was apointed to file a Motion For New Trial which he refused and fa led to comply with after the Appellant's trial counsel withdrew his Notice Appeal affirmatively reenforcing the Appellant's verbal Motion For Appeal which the Trial Judge acknowledged by setting specifics as to the appeal counsel's appointment; as well as, having given note and acknowledgement of the Appellant's verbal Motion For New Trial as the relinquishing trial counsel, namely; Attorney Jeffrey Parker whose request to be removed both supported and substantited the Appellan's verbal Motion For New Trial. Moreso, the Honorable Fancy H. Jezek acknowledged the invoked verbal plea by noting the same on her docket sheet entry when appointing the Appellant an attorney. For during this exchange the Appellant for a brief moment acted pro se to verbally move for a new trial.

Because the appointed attorney has acted wthout investigating the facts relevant to the appoitment and acting in a perfunctory and cursory manner bel ev ng his appointment was merely for appeal. For the existing inaction on part of the Court largely attributes and contributes now to the question of jurisdiction by the premature making of a noticeof appeal.

b. REASON FOR REHEARING NUMBER TWO

Appellaht contends and complains that his appointed appeal Attorney intentionally and knowingly violated the express and impli it mandate of the United States Supreme Court in the ruling and opinion requiring the appeal attorney prior to making and filing an ANDERS BRIEF pursuant Anders -v- California, 386 U.S. 738 (1967) refused and failed to make conta t with the Appellant to ascertain if he had any believed and/or proposed error that he would like to be considered for inclusion in a brief on appeal which the Appeal attorney fails to g ve note and notice of in his filed and considered ANDERS BRIEF.

c. REASON FOR REHEARING NUMBER THREE

Appellant contends that the evidence on "guilt/innocence" is legally insufficent to support a finding of guilt. For the repeated inconsistent statements having been made by those proffered by the State's

Attorney, who knew, should have known, and could have been known with the minimum of due dilligence in investigation of the facts being prosecuted would have shown that the State's chief witness was not given a truthful account effectively denying the appealing party a fair and impartial trial.

d. REASON FOR REHEARING NUMBER FOURE

Appellant contends that the State's attorney has failed to prove the enhancement allegation whete the records and testmony of witnesses cannot and will not correct fatally defective pleadings and documents entered to support the invoked Texas Penal Code, Section 12.42 (d). For the imposition of 75 years is an illegal sentence. The Appellant inconcluding would point out that the Panel's cursory and perfunctory affirmance merely shows that the records has yet to be reviewed under constitutional scrutiny. As numerous errors of harm and injury to the trial structure are present and have affected the Appellant having a fair andimpartal trial prompting the filing of the forgoing rehearing.

PRAYER

WHEREFORE, PREMISES CONSIDERED, THE APPELLANT PRAYS THAT THIS COURT DOES GRANT THE APPELLANT'S REHEARING AND THAT THIS REHEARING DOES RESULT IN THE REVERSAL AND REMAND TO THE TRIAL COURT FOR FURTHER PROCEEDINGS.

AND FURTHER, THAT THIS HONORABLE COURT GRANT ANY AND ALL OTHER RELIEF AUTHORIZED BY LAW AND EQUITY.

RESPECTFULLY SUBMITTED,

s/ _(signature)_

WILLIE LEE OCKLETREE, #1906981
APPELLANT, PRO SE
ALLRED UNIT/TDCJ-CID
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367

CERTIFICATE OF SERVICE

I, Willie Lee Ockletree, #1906981 do on this date of August 24, 2015 affix my signature aboveand below declaring, certifying, and confirming this LETTER FORM PLEADING to be true and correct and the same was placed in postage prepaid envelope and served upon the State's attorney, namely; DISTRICT ATTORNEY OF BELL COUNTY, P. O. Box 540, Belton, Texas 76513 by placing the same in the ALLRED UNIT MAIL BOX TO BE PICKED UP BY THE ALLRED UNIT MAIL ROOM PERSONEL TO BE LOGGED AND SUBSEQUENTLY DEPOSTED IN U. S. POSTAL SERVICE FOR DELIVERY AS STATED AS A TRUE AND CORRECT SERVICE CONFIRMED BY MY SIGNATURE BELOW

affixed.

s/ _Willie Ocklethree_
WILLIE LEE OCCKLETREE, #1906981
APPELLANT, PRO SE
ALLRED UNIT/TDCJ-CID
2101 F. M. 369 N.
IOWA PARK, TEXAS 76367

Willie Ockletree
#1906981
2101 Fm 369 N.
Iowa Park, Tx
76367

Legal Mail



Court of Appeals
Third District
P.O. Box 12547
Austin, Tx 78711-2547

Stamps 49¢
1×49
3×22
4×01